UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELIUD CINTRON,

                Plaintiff,

19 **CIVIL** 9248 (MKV)(SDA)

-v-

**JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,
                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 20, 2020, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         July 20, 2020

                                       **RUBY J. KRAJICK**

                                       **Clerk of Court**

                **BY:**

                                      **Deputy Clerk**